# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:     1. Intake Clerk *

          2. Case Administrator

FROM:    Financial Administrator

**UC**

DATE: 5.26.2009

CASE NAME: Coty K

CASE NUMBER: 03.35241

Check Number 03148? in the amount of $59174.21 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 08703      Intake Clerk's Initials ____

*   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

FILED
2009 MAY 26 PM 1:51
CLERK
US BANKRUPTCY
COURT PGH

Office Of The Chapter 13 Trustee
Western District of Pennsylvania
US Steel Tower - Suite 3250
600 Grant Street
Pittsburgh PA 15219

Ronda J. Winnecour
Standing Trustee

Richard J. Bedford   Phillip J. McHale, III
Chief Counsel        Chief Accountant

May 15, 2009

John J. Horner, Esquire          OR          John J. Horner, Esquire
Clerk, U.S. Bankruptcy Court                 Clerk, U.S. Bankruptcy Court
5414 U.S. Steel Tower                        U.S. Courthouse, Room B160
600 Grant Street                             17 South Park Row
Pittsburgh PA 15219                          Erie PA 16501

RE:  KEVIN COTYK
     SUSAN L COTYK
Case No.: 03-35241   A

Dear Mr. Horner:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case referenced above.

These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

LONG BEACH ACCEPTANCE CORP++
POB 11450
SANTA ANA CA
                                    92711-1450

CHECK NUMBER_631482_____ AMOUNT $__5,974.21_____

The disbursement(s) was returned to the Trustee for the following reason:

_____   a.   Trustee has been unable to locate Creditor.

__X___   b.   Creditor returned funds.

_____   c.   Stale dated, check 90 days old and not negotiated.

Page Two
Unclaimed funds
03-35241 A

      Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

      Very truly yours,

RONDA J. WINNECOUR
for Standing Chapter 13 Trustee

cc: JASON MAZZEI ESQ
    KEVIN COTYK
    SUSAN L COTYK
    LONG BEACH ACCEPTANCE CORP++
    Creditor